JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT JOHN GONZALES, | No. ED CV 14-2552-JGB (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| F. FOULK, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 30, 2016

_____
JESUS G. BERNAL
United States District Judge